This morning, after you've identified yourselves for the record, please be aware that we do not utilize the time clock, but we do stick to the time. So I need to know whether or not you all are going to divide up your time. Okay. And let me say one more thing. This is not a microphone. It's a recording device. So everyone will need to keep your voices loud so you can compete with LaSalle Street. Call the case, please. Case 11-2842, People v. John Burge and all. Now step up, Counsel. Paul Burks, Assistant Attorney General on behalf of the appellant, the people of the State of Illinois. I'll be handling the entire argument for the appellant. Good morning. Claire Gorman Kenney on behalf of the Defendant Appellate. Counsel, I can't hear you at all. Claire Gorman Kenney on behalf of Defendant John Burge. Okay. David Kugler on behalf of the retired board. Your Honor, we've agreed to try and divide our time as evenly as possible, give or take a few moments. I plan to go first. However, if the panel would rather hear from the board first. It's up to you two. Well, then I think I'll go first and I'll try my best to divide our time. And how much time would you like for rebuttal, Counsel? Five minutes for rebuttal. Step up, please proceed.  Thank you. Good morning. My name is Paul Burks. I'm Assistant Attorney General and I represent the people of the State of Illinois, the appellant here. Let me ask you a question. Yes, sir. How come there was no administrative review here? How come there was no administrative review? The Illinois Attorney General under Section 1-115 has the authority to bring an independent civil action to enjoin any violation of the code. And the Office of the Illinois Attorney General chose to invoke that authority and bring a civil action. In the section that you're relying on, is there a provision there that it speaks of in terms of enjoining? Yes. And enjoining generally refers to what? A declaratory judgment? An injunction? Something that goes through the Chancery Court as opposed to the County Division, which would ordinarily hear an Administrative Review Act? Well, enjoin means an injunction and it means equitable relief to prevent the pain. Does that take it outside of the Administrative Review Law? It does take it outside of the Administrative Review Law. The statute says the Attorney General has the authority to bring a civil action. It doesn't speak in terms of administrative review? It does not. It does not. Now, there are separate provisions in the code which also give authority to the board to resolve matters affecting the fund. And that section, when you proceed through that section, 5-189, then the next step would be through Administrative Review. Can you boil down exactly what the circuit court judge ruled that ended up with her saying that she did not have jurisdiction, or the court did not have jurisdiction? Yeah, I think there were two parts to the circuit court's decision. The first part was she looked at the statute we were bringing suit under, the section 1-115, which is on its face, provides jurisdiction to circuit court. But she also looked at a separate provision in the code, 5-189, and saw some tension between the two. Can you bring a civil action in the circuit court when the administrative agency also has jurisdiction to resolve matters affecting the fund? And she was trying to resolve that tension. Which she couldn't? Is that the problem? Well, I think she did it wrong. Well, did she resolve the tension? Did she give any meaning to 115 if? No, Your Honor. I think that was the problem. The way she resolved it was to essentially nullify 1-115, because the jurisdictional grant in 5-189 is so broad that it would just overwhelm 1-115. There would be nothing left for us to bring. And that's what you're asking us to do, to reconcile the two in such a way as to give effect to both? That's exactly right. And it's been done before by the Illinois Supreme Court in other statutory structures. In our brief, we cite Midland Railway Company, for example. But 115 has never been construed? 1-115 has never been construed. Has your office ever initiated a civil action under 115? This is our first civil action under 1-115. And it was brought about by some extraordinary circumstances. Counsel, would you consider this a direct attack or a collateral attack when the case was initially filed in the trial court? I wouldn't consider it either a direct attack or a collateral attack, because I think what we're attacking is the payment of funds. So it's a parallel proceeding. They had a proceeding before the board in which the payment of funds was discussed, although never adjudicated, never resolved. And we brought a claim that challenges the same thing, the payment of funds to Mr. Burge. Now, whether they had an adjudication, didn't have an adjudication, had a hearing, didn't have a hearing, we intend to prove our case. But didn't the trial judge base part of her ruling on the fact that there was a lack of jurisdiction because the attorney general was bringing a collateral attack, which was not allowable? That was the second part of the circuit court's analysis. I think the first part is what I said in response to Justice Garcia. And the second part was to say, look, there's already been a resolution of some sort of this claim. And by bringing this action subsequent to that resolution, what you're really doing is, in effect, appealing that resolution. And we disagree with that analysis. That raises a question for me, and that is, how did the board – Excuse me. Did you finish? I was just going to say why we disagree with the circuit court's analysis. We know you do. I wanted to hear it, Justice. For a couple of reasons we disagree with the circuit court's analysis. The first is that we were not parties to that proceeding that went before the board, right? So we did not have the opportunity to present our case. So that prevents it from being either collateral or direct? Is that what you're saying? That is what I'm saying. Because it's only a collateral attack if you were trying to attack a judgment that binds you, right? And it doesn't bind us. We have independent rights under 1-115 that we're bringing. But there's a second reason we disagree. The first is that we didn't participate in that proceeding and, therefore, should not and cannot be bound by it. The second is that there was no adjudication. There was no resolution of the issue. So how could it bind anybody when they didn't do anything, when they didn't say – To the extent that the board considered the issue and allowed it to continue, that is, the pension benefits, it resolved the question by not striking it down in that sense, at least. But let me ask you this. Any idea why the board took the initiative and had that issue before it? My understanding is that one of the trustees presented it to the board. There was not an adversarial proceeding. And to that extent, the board, considering the issue, also sort of started the ball rolling at the attorney general's office. And the action the attorney general's office would take would depend on the outcome before the board. Well, as a matter of comedy and prudence, the attorney general, I think it makes sense to allow the administrative agency to consider an issue. I mean, concurrent jurisdiction isn't competing jurisdiction. We don't have any interest in racing the board to a decision. I don't understand where the adjudicatory nature of the board somehow deprives the attorney general's office of involvement. I mean, don't we want to find out whether a violation has occurred? And the only one who can tell us whether a violation has occurred is the board by deciding or not deciding in the sense, or letting things remain as they are. Well, we do want to find out if a violation has occurred. And whether the board does it or whether the circuit court does it, the statute provides jurisdiction, which is the key question, which can't be circled in both places. Counsel, what is the violation that your office thinks is reflected in 1-115? It's the payment of money. It's the act of practice. And that violates the code if that money is paid to a retiree, an annuitant who is convicted of a felony arising from his service as a police officer. And we think those elements are all met and the payment is a violation. What about Section 182? Well, Section 182 says you shall not pay any money out of the fund except upon a majority vote of the board. Was there a majority vote of the board? There was not a majority vote of the board. So this is a second violation of the code. That doesn't make sense as far as I can see. The payment of the pension benefits was done many, many years ago. Sure. And it's not as if the board has to renew its decision every year. That can't be a violation of the code. What seems to be a violation of the code is the board's ruling that allows the pension benefits to continue, as opposed to not getting a majority of the board voting in that favor. Let me agree and disagree. I think that allowing the pension benefits to continue is a violation of the code. And I would be anxious to litigate whether they violated 182 as well. They didn't explain their interpretation of 182, which may very well be yours or may very well be mine, which is to say that any time a vote is brought that's going to result in the payment of money, you have to have a majority. We would love to get to the circuit court and allege that as a violation, but we need jurisdiction. Here's the concern I have. Okay, but isn't that exactly what was one of the issues that was raised? And is that not the requirement of the code written in the statute that a majority vote has to be had? And there was no majority vote that was held in this case. It was a tie vote. Is that correct? My view of the merits is your view of what you have just articulated, which is they needed a majority vote. Hold on. Here's the problem. No, but here's the problem with that view. Here's the problem with that view. I want to hear. He will. He'll explain in a second. Counselor, Judge, I want to hear the answer to my question. She's the presiding judge. Yes, she is. And I defer to her. I appreciate that. So my view is in agreement with yours. They needed a majority vote. And we will allege that as a violation of the code under 1-115. And we think we have jurisdiction to get there. Now, what we're debating right now is the merits. I've got to stop you, though, counsel. I've got to stop you because the problem with that view is that you've got to have a decision by the board in order to allow a civil action to occur. And I don't understand why that should be. If the board had never held a hearing and never decided anything, don't you want to claim authority to go into the civil court and say the continued payment without regard to a vote is still a violation? And when I say I agree with you in part and disagree with you in part, that's the part I agree with. Well, the trouble is, how do we write it if you want us to say that it's the majority, it's the lack of a majority vote by the board that constitutes a violation? How do we write it and yet allow your office to retain the right to file a civil action in the absence of a majority vote? I understand your question, Your Honor. There's two violations. We have one violation that is irrespective of anything that the board did, the payment of money. My problem is, how do we write it that way? What do we say? How do we say that? How do we say that there's also a violation here unless we're diminishing the broad authority 115 gives the Attorney General's office to act? I don't think it's diminishing because I think, you know, Roman numeral one is that the board violated the code by paying money to John Burge after his conviction. Roman numeral two is the board violated the code by paying money to John Burge without a majority vote. Those are both violations. So where is the conflict there? I agree, Your Honor. There's two violations. Here's the problem. We'll be happy to rest on the first violation. Here's the other problem. With the absence of a majority vote, you're sort of imputing to the board that it has an obligation to consider this. Well, I don't know. Did it have an obligation to address the issue or could it have stayed silent? We're very much getting into the merits of our claims right now, and I would love to get into them in a cert court, but I will respond to that question. No, it's not the merits. It's the jurisdiction. How do you want us to say 115 gives authority to the Attorney General's office to review the board's decision or the absence of a decision and call it a violation? Because if they can't get this. I do not want that. That is not the remedy that I'm asking for. The remedy that I'm asking for is that Section 1-115 is a broad grant of jurisdiction to allow the Attorney General to bring a civil action in circuit court that alleges a violation of any provision of the code. And that our complaint, which alleged that the payment is a violation. But you have to have a provision of the code that says that whenever, I don't know what the circumstances would be where you are saying that a majority of the vote has to vote in one way or the other. I don't know what section you are relying on. 5-182 is the section that Justice Powell is relying on. It already says the board shall hold regular meetings in each month and such meetings as it deems necessary. A majority of the board members shall constitute a quorum for the transaction of business at any meeting, provided that no pension annuity or benefits shall be allowed or granted and no money shall be paid out of the fund unless ordered by a vote of the majority of the members of the board as shown by roll call entered upon the official record of proceedings of the meeting at which such action is taken. All board meetings shall be open to the public. 5-5-182-40 ILCS. Here's the problem with that. It is that you are presuming that the issue was before the board was obligated to be heard by the board when it really wasn't. I don't think it presumes that. If they do it, if they go and consider an issue and then they allow money to go out of the fund without a majority, then they violated the code of 5-5-182. So they could have simply decided not to have heard this at all, denied the trustee's request to consider this issue, and then where are you? I wouldn't have a 5-1-82 claim, but I would still have the principal claim that we brought, which is that they violated code 5-227 by paying the money. What of the composition of the board being an even number? And that is a conscious act by the legislature, and a 4-4 is always a possibility. And so how do you, does that nullify every other 4-4 decision? It doesn't nullify the 4-4 decisions. Does it make it a violation that whenever a 4-4 decision is rendered, it's a violation under 115 or 182? No, I would say, well, on the merits of how to interpret 5-1-82. Then we aren't going into the merits. You just said we're not going into the jurisdiction only. But I would say that the board under 5-1-82, if they have a tie vote, should not pay benefits. A tie vote, if they vote on something and there's not a majority, then that should restrict their ability to pay. That's 5-1-82. Counsel, your time has about expired. Did you have something further that you wanted to argue? You know, I think I'll wait for rebuttal at this point. I have one more question. Just a moment, Justice Gordon. Go right ahead. I mean, isn't 1-1-15 really an action where the attorney general who is trying to protect the people of the state of Illinois has the jurisdiction to correct a wrong? That is exactly right. To make it right? To make it right. The attorney general is the representative of the people. Well, please answer. I was going to say yes, Your Honor. The attorney general takes the responsibility as the sole legal representative of the people quite seriously. And when there's an egregious misuse of the procedures to allow money to be paid to an individual who clearly committed a felony that was connected to his service, the attorney general doesn't have the right to do that. When you use the word clearly, then it goes into the adjudicatory nature of the board. And the board didn't see it quite as clearly as you're asserting it to be. You know, they didn't. But keep in mind, they have a non-adversarial proceeding. Do they even know that John Burge was indemnified by the state at the time he was committing perjury? That because it was connected to his service, did anyone tell them that in their non-adversarial proceeding? Did they get all the facts? We'd like to present those facts to the circuit court. So that raises the question, what kind of relief are you asking for? Are you asking us to remand it to the board to allow you to proceed before them and present all these facts and let them vote anew? Or are you asking us to allow you to proceed on your complaint and allow the circuit court to make that determination? And make this your final answer. We are asking you to remand this to the circuit court with an order that the circuit court has subject matter jurisdiction over our complaint, and we can proceed with our civil action to prove that his felony was religious. I have one last question. Sorry, may I have my indulgence? Of course. You say that your office can also proceed as if it were an administrative review law action. That's correct. The problem is, and there always seems to be this problem, where's the administrative review record? Is there a record pending before the circuit court? The administrative review record to allow the court to determine what action took place before the administrative board and allow it to engage in the review the ARL provides. Well, that's really an administrative problem, because if it's construed as an administrative review complaint, then they would have 30 days to answer, and the answer in an ARL complaint is the submission of the record. So we would then get the record. Okay. You will have five minutes rebuttal. The appellee, you will have an additional ten minutes in order to make up for the five minutes that he went over and his five minutes rebuttal. So you will have a total of 25 minutes to divide between the two of you. Thank you. But we're not keeping track of time. No, we are keeping track of time. We're not using the lights. May it please the court. My name is Claire Gorman-Kenney, and I represent the defendant, John Birch. Counsel, I cannot hear you. I apologize, Your Honor. Claire Gorman-Kenney. I represent the defendant, John Birch. You can stand back, because it's not a recording device. It is a recording device. Well, I apologize, and I'll try and keep my voice up. Okay. The question before this court on appeal really comes down to the inclusion of ten words in the Illinois Pension Code, and those words are relating to, or arising out of, or in connection with. Where do you get those from? That's in Section 227, and that is the language. Let me ask you, why no administrative review here? Why did the Attorney General's Office not bring an administrative review action? But how come no administrative review here? I apologize, Your Honor. Why was there no action under the administrative review law? And that is because there was no party who was dissatisfied with the outcome. That was a party to the board action. That's true, Your Honor, and the Attorney General elected to proceed exclusively based on her purported jurisdiction under Section 115. Justice Gordon, you posed the question, well, doesn't Section 115 allow the Attorney General to take a corrective action when the Attorney General believes there's been some violation of the code? And, yes, that's true. It does allow the Attorney General. Well, who would have been the entity or individual to have proceeded toward an administrative review under the current makeup of these statutes? Well, Your Honor, the proceeding itself was initiated by the board, correct? By the board, Your Honor, yes. And so only if, and since Mr. Burge prevailed before the board, then who would have appealed it? Well, Your Honor, had a party, including the Attorney General, participated in that hearing, arguably that party would then have. Would they have had standing before the board? I would think that if they had participated in the hearing and. . . How would they have participated in the board before the board under 115? No, Your Honor, that would have to be. . . How would they have participated before the board? Well, I'm not entirely certain what the procedures are, but I imagine they could have. . . Is that why 115 exists? No, it's not, Your Honor. 115 does not allow an attack on an administrative. . . Then who else other than the pension board members, the ones who did not prevail before the board, would have been in a position to secure administrative review? Well, Your Honor, as in any hearing under 227, it would be the pension beneficiary whose pension is at issue. But he had prevailed, so in order to effect an ARL, administrative review, who would proceed other than the pension board member? Well, if there is no other interested party who has been adversely affected, there would arguably be no administrative review. There would be no challenge. Do you think the people of the State of Illinois have been adversely affected by the board's decision to allow the pension to continue in light of the facts that are spread of record? Well, Your Honor, I certainly understand the argument that in light of Mr. Burge's reputation and the allegations against him, there are people who strongly disagree with the board's decision to continue his pension payments. So if the interests of the citizens of the State of Illinois are even more narrowly construed, the Cook County or City of Chicago, if it's simply City of Chicago funds, going back to Justice Gordon's point, who's there to correct this wrong? How do we correct a wrong if a wrong occurs? Well, Your Honor, it must be done through at least an attempt to petition the court through an ARL review. There is no standing or jurisdiction, no standing to bring it. Do you have a case that allowed the Attorney General's Office to petition for an ALR review when it did not appear before the board and it was a 4-4 tie? Your Honor, I actually believe that the Attorney General's Office has cited cases where they have proceeded outside their standing under the ARL and under separate statutes. But not a pension board? Not in the context of a pension board case. But, Your Honor, it's our position that if the Attorney General was not entitled to bring an ARL action in this case, that doesn't transform the adjudicative decision of the board into a violation for purposes of bringing a direct action under 115. Do you think it's an arguable issue whether continued payments is an arguable violation? Your Honor, no. I believe that the continued payments is, at most, it's a decision, a decision made by the board. Can that decision be reviewed? Under the ARL, if the proper party brought an ARL action. Well, you just said that the Attorney General's Office. You said the question was, was the continued payment a violation. What was your answer to that question? No, Your Honor. Continued payment is not a violation of the act. Is it an arguable violation? Is it a disputable issue as to whether or not it's a violation? No. And the question is, if it is, then who gets to resolve it? No, Your Honor, the disputable issue. And if it's not, why isn't it? Well, let me try and take that in part. I can't answer those two. Do you know what those two questions are? The first question is whether there's a disputable issue of whether or not there's a violation. And to that, my answer is this. Answer the question. The board made a decision on that issue. The decision isn't a violation. The decision was made. What if the board got erroneous? Well, then that's an erroneous decision. It's not a violation of the act. Is there some sort of authority that says that there's a distinction between an erroneous violation and a violation violation? Counsel, how are you defining violation here? Are you equating it to jurisdiction? Well, Your Honor, a violation would occur where there was a requirement under the act that something be done or not. Well, there was a what? An explicit and unequivocal requirement or mandate under the pension code that was violated. In this case, it was not the board required to have a majority vote under 182. And ergo, was that not a violation? Well, if I can, Your Honor, I'd like to address that in two parts. First, in order for the board to reach a decision majority or by vote, by split vote as occurred in this case, the board has to actually apply the statute. So when we reach the question of whether or not the vote itself was proper, we're acknowledging that the board has to apply 227 before we even reach that issue. But, Your Honor, it's our position that Section 182 doesn't require a majority vote. The language of the statute doesn't. It doesn't? The language of the statute applies to payments of funds, which, as Justice Garcia pointed out, were ongoing at this time. In fact, let me ask you a question. If we're going to give effect to this 182 where a majority, there has to be a majority decision, what's the remedy? Do we keep sending it back to the board and telling them somebody's got to change a vote here? We can't allow you to continue 4-4. We've got to have a majority opinion. That's why that doesn't make any sense. I would agree, Your Honor. We don't think there needs to be a majority decision. Counsel, how do you know the statute requires a majority decision? There's nothing in the statute that says that if you just have a tie vote, then the status quo remains. That's not what it says. It says in order to pay out these monies, you have to have a majority vote. Where is it in the statute or the rules or anywhere else that it says a tie vote allows pension payments to continue? Well, Your Honor, Section 182 says there needs to be a majority vote in order to pay out pensions. Now, that does not address specifically the case where they were ongoing. It doesn't speak in continuing to pay out pensions. It doesn't, and it doesn't speak in terms of cancellation, but let's say that it does. But the issue before the pension board was whether or not those pension payments should continue to be paid. That was the issue before the board that the board was to determine, correct? The issue before the board was whether or not to discontinue the payment. That's what I said, continue to pay the pension. Because the payments were ongoing, in order to then cancel the payments, it's our position that the majority was required for cancellation. In order to maintain the status quo. Where are you getting that? It doesn't say that. We think the language of the statute supports that. The statute doesn't say that. It doesn't say no money shall initially be paid out. It says no money shall be paid out of the fund unless ordered by a vote of the majority of the members of the board. Doesn't the status quo always prevail in the absence of a ruling contrary to what's going on now? Yes, Your Honor. Otherwise it's pretty much unworkable if we require a majority vote to allow the payments to continue, given that they were already going on. And you said yes to that. What case law says that? I apologize, Your Honor. You said yes to his question. I'm agreeing with that. The status quo. So I'm asking you, what are you relying on? I'm relying on the language of Section 182. I'm not relying on a specific case. I'm agreeing with Justice Garcia's comment. And there's no case that says that? Well, Your Honor. Is there a contrary case? Not to my knowledge. Other than the competing interpretations of 182, the argument whether or not there was a required majority vote, to my knowledge, hasn't been addressed. Counsel, let me ask you this. Why is it that the 115 statute and 227 and 189 and all of its progeny cannot coexist simultaneously? Why is there not concurrent jurisdiction in order to allow the Attorney General's Office to pursue their claim as well as to allow the Pension Board to engage in their administrative requirements? Because the jurisdiction that's afforded under those sections is separate. Under 227, the Board has the jurisdiction to apply the language of that statute to a given set of facts. In this case, Mr. Burge's conviction for felony perjury. 115 allows the Attorney General as well as any beneficiary, fiduciary participant. She is not uniquely situated under the statute. She has the same rights as the other participants. Concurrent jurisdiction? Concurrent jurisdiction, Your Honor. 115 allows a challenge to a violation. And an application of a code provision such as 227 is not a violation, even where that application is erroneous or there's a disagreement with it. Let's go back to Justice Hall's question to you, which was, how do we define violation as that term is used in 115? Well, in our discussion this morning, we've addressed Section 182. And while there's a dispute about what 182 requires in terms of majority vote, let's say that it required a majority, which we obviously don't agree with. But let's say that the law said that it did. And there was no majority and the pension continued. Arguably, that's a violation. The initial step there, the adjudication...  No, Your Honor. We don't have an arguable violation because... That's what you just said. I thought that's what you just said. That is what you just said. Your Honor, jurisdiction to hear the violation requires the adjudicative analysis in the first instance. So absence a determination by the board that says, therefore, we find, absent those words, there can be no violation? Because there's no adjudicatory proceeding that occurred before... Well, Your Honor, under that hypothetical... Broaden out his question. Under 1115 and my question, what do you consider a violation that the Attorney General could pursue action upon? Well, Your Honor, if there's a requirement under the code, let's say there's a requirement for notice and a hearing. If that didn't occur, arguably, that's a violation. But applying the... I thought your point was that a violation is very serious as opposed to simply erroneous. And it seems to me, grasping at straws, to call a lack of notice a violation. So I'm still waiting to hear what a violation really means in the way you want to restrict 115. Because lack of notice doesn't rise to the level of a violation if an erroneous ruling by the board can be overlooked. Well, an erroneous ruling is not a violation. Right, that's what you said. Because, Your Honor, it's a determination. The board isn't violating any... So let's say they had voted five to three to keep the payments. That would have been a determination. That would have been an adjudication. Right. You're saying that the Attorney General's Office, if it concluded that the board got it wrong, would be precluded from going into court and calling it a violation? Yes, Your Honor. Your time has expired, Counsel. Did you have a question, Justice Gould? Mr. Court, please. David Kugler. I represent the Retirement Board of the Policeman's Annuity and Benefit Fund. And may I start off by saying I think the issue before this Court is twofold. First of all, John Birch, notorious as he might be, is not the issue in this case. What is the issue in this case is there was a... John Birch, some 15 years ago, was granted a benefit, a retirement benefit. To take away the retirement benefit, the board had the burden to prove that he was no longer entitled to that benefit. So what happens is Mr. Birch was convicted of a felony. The matter comes before the board to determine whether or not that felony invokes 227 of the Pension Act and forfeits his benefits. And the matter came before the board, you agree. Yes, the matter came before the board. As a result, the members of the board brought the matter forward. The matter came before the board. How? The matter came before the board. How? When the board became aware that Mr. Birch was convicted of a felony, it was up to the board then took the position that it had to determine whether that felony invoked 227 to forfeit his benefit or whether that... So the board sui sponte on its own brought an action before itself to make that determination. Initiated an action to determine whether or not he should continue to receive his benefit. Now we talk about this four to four vote. You have to understand he was getting the benefit. The vote had to be to take away the benefit. That vote failed. It did not receive a majority. So like in every case where you have a tie to tie vote, if somebody makes a motion to take away a benefit and it does not get a majority vote, the vote failed. That's what you're asserting, that the real question before the board wasn't whether or not he should continue to receive it. There was an explicit motion to terminate his pension benefits and it lost. Right. Or at least it didn't get a majority vote. No. That's correct. It lost because it didn't get the majority vote. And after that, as a result of that, the board, Mr. Burge continued to receive payments. There was a paying out of his pension. And in order to pay out, it needs a majority vote according to 182. Let me ask you this. Let me stop you right there. I'm sorry. I didn't hear the answer to my question. We were already paying it out. That's your answer. But here's the situation. Motions to terminate happen all the time before the pension board. And sometimes they come down to four to four. And what happens then? The pension continues, right? And the attorney general's office doesn't come in there and say there's been a violation, right? Or no one files an action to try to force the board to issue a majority decision, right? Correct. Well, now, let me get back. I would like to address maybe Justice Garcia or maybe Justice Hall. When you asked about the question about what invokes. Counselor, they're speaking to the recording device because they're not going to be able to make the record. I'm sorry. And he gets to pull it down. Yeah, before you do that, tell me, why no administrative review? And speak up also. Because, you know, as a practical matter, when is there an administrative review? There's an administrative review when there's a dispute. In every case that somebody comes before the board and asks for a benefit, if he's granted the benefit, there is no administrative review. He isn't going to appeal, and the board isn't going to appeal. Everybody was happy here. When you're happy, you don't appeal. And, in fact, that raises the question that just came to mind based on other counsel's argument. 115. According to her, 115 allows anyone, not just the attorney general, but anyone to take a civil action, which I think raises the question, why under 115? Why we need an administrative review action at all? Because 115 doesn't apply here. It's very simple it doesn't apply here. Because 115 gives the attorney general the right to pursue, what word can I use? The civil action. Well, to take an action that's beyond the scope and the authority of the board, for example. What if we issued a ruling that said continued paying John Burge his pension is a violation of state law because the felony that he was convicted of, we relate back to his service on the police force? Okay. I would like to address that because this is where the board had the problem. Here's where the situation arrives. You have a situation where the man was convicted 15 years later of giving false testimony in his response to an interrogatory. About his service. Yes. Right. Correct. And so you have two issues. One, some people would say that happened 15 years later. Anybody could give false testimony in a particular case. On the other hand, there could be a group of people who would say, well, that false testimony had its origin to the time he was a police officer, so it should invoke 227. So you have a case where there's not a one-sided simple solution to this problem. John Burge was sent to jail. Yes, he was. It is not a matter of simply giving a false answer on this discovery. That's what he was tried with. He was tried with it, but it was in a certain context. That's what he was tried with. Now, the very simple answer to that question is this. If John Burge, rather than casting, as the Attorney General does, casting comments about the board that they didn't proceed properly, that they evaded their duties, well, if the very simple answer is that John Burge had been tried for the crimes he's alleged to have committed prior to the statute of limitations running out, I wouldn't be standing here today. Are you saying that the statute of limitations ties your hands as well? Is that what you're arguing? Well, I'm saying it prevented him from being, one of the things, being convicted of a crime directly related to his function as a police officer. That's what it was. Now, 115, and I want to come back to 115 because I know, Justice Garcia, that you don't want me to avoid that question. Okay, now counsel, speak into the microphone. I'm sorry, Your Honor. Yeah, thank you. So, I don't want to, what does 115 say? Well, if the board, if there was, if the statute read that conviction of any felony forfeits your benefit and the board granted him a benefit, 115 might give the attorney general cause to bring that action because the board is going beyond its statutory authority and doing an illegal act. That's the easy example. That's the easy example. Right. The more difficult example is the one we have before us where there are differing opinions as to whether or not the felony that he was convicted of relates back to his service. And that's correct. And that's what makes it. Are you saying that that's, I mean, unreviewable? No, that's what makes it possibly an erroneous decision or a bad decision on the board's part. If I was voting, I might have voted with the opposite side. Has 115 ever been restricted to exclude erroneous decisions as opposed to violations? Well, an erroneous decision is not a void decision and it's not a violation of the statute. Counsel, are you saying that a violation is a void decision? How are you defining violation under 115? I'm sorry, did you hear my question? Yes, I did. Okay. By doing something that the act prohibits you from doing. If we were to give a benefit to someone who is not a police, a simple solution again, who is not a police officer or is not covered by the Pension Act, that's an illegal, that's a void act.  Not every violation. I'm sorry? Not every violation. Then how do we define this? It's when you say it's void. It's a violation. When you don't, it's not. It's a violation that is not permitted under the statutory authority that the Pension Board has. And where do you get that definition from? I get it from all the cases that talk about what is a void decision, what is a voidable decision, what is an erroneous decision. Making a bad decision is not a legal decision. The question is how are you defining violation? Are you saying that a violation is a void decision and not an erroneous decision? You're making that distinction because apparently it appeared in the briefs. An erroneous decision. You're making a distinction between erroneous. There is a distinction between void and erroneous, beyond your authority, and one that may be a bad decision. But a bad decision is reviewable. Now the Attorney General. Let me ask you this. Is there any reason why 115 and the Pension Board statutes cannot exist concurrently, cannot have concurrent jurisdiction? They can exist if the action under 115 constitutes an action by a board that is not provided for in its enabling statutes. And you understand that the Attorney General's office is asserting that particular point. It is saying that when the board allowed the pensions to continue, it violated its duty under the code. But it did not. Whether it did or didn't. Make this your final answer. Please say it again. I said your time is up. Please answer his question. You know, Justice Hall, I have to forgive myself. I forgot the question. That's okay. I understand. I'll take it. I just wanted to, it was less of a question, more of a point, that the issue that you say is it triggers a violation is exactly what the Attorney General's office is asserting exists in this case. And if I can just respond. If the Attorney General's position is correct in this case, there is no end to what administrative review is. There is no end. Because in this case, we're talking about John Byrd, where they could come before you and say, you granted somebody an active duty benefit. We don't think he's entitled to the active duty benefit because we disagree with you. When does it end? But you haven't been, as you said yourself, the Attorney General has not been utilizing this 115. This is his first impression. You know why? Because it's John Byrd. Excuse me. And so that belies the fact that the Attorney General will be coming in willy-nilly on a multiplicity of cases. They haven't been doing so before. It doesn't bely that. Excuse me, I'm talking. It doesn't bely that. I am talking. I'm sorry. Thank you. And this statute is not new. It's been in existence since 1982. So the fact of the matter is that there is not a wholesale abuse by the Attorney General of this particular statute in the past. Why would you envision there would be one in the future? Because if you open the door for them, they'll walk right through it. Let me have another go at it regarding that very point and regarding your statement that if it hadn't been John Byrd, we wouldn't be here. Well, John Byrd is the vehicle. But we're trying to figure out what the contours of 115 really are and what the authority is of the Attorney General's office really is. And the only real question we have before us that does sort of get lost is whether the circuit court should have reviewed its complaint on the And that's why your suggestion that this opens the door doesn't really happen because, in fact, I think they pointed out that the U.S. Supreme Court says that, you know, we don't have to, just like Justice Hall was pointing out, we don't have to rely, because we rely on them, on the Attorney General's office to act professionally and only act when a clear violation has occurred or at least an arguable one. May I make one other point? Sure. If I might, Justice O'Connor. You're answering. Yeah, you're answering. You have to answer this question. I didn't want to respond to the question. Go ahead. I have a question. If I stand here before you, I have a question whether the Attorney General has standing here at all. First of all, these pension funds are derived from two sources, deductions from your police officer. Are you responding to Justice Garcia? No. You're talking about the statewide versus citywide, and we're all citizens of Illinois. Okay. And your time is far spent. You've had an additional four minutes. Thank you, counsel. Five minutes, rebuttal. Thank you. Thank you, Your Honor. I'd like to initially at the outset make the point that we can win this case that the payment of funds to Burge was a violation. Not on 5182. I realize that there's not unanimity on the interpretation of 5182, and we don't need that to win. I'd be happy to get a concurrence on that issue, but our primary argument and our principal issue is that the payment of money to Burge is a violation. And what that comes down to and what folks have been talking about is what is a violation? And Mr. Kugler says, well, it would be a violation if we paid money to someone who wasn't a police officer. But wouldn't they have to determine a factual matter whether he was a police officer? Wouldn't they have to apply the statute to the facts of that case to make that determination? So there's not really a principal distinction between what he claims to be a violation and what we're adjudicating or what we're seeking to adjudicate here. Let me ask you, because I don't really know, but counsel for Burge said that 115 not only authorizes the Attorney General's office to file a civil action, but it authorizes any other concerned citizen. Is that true? It's true. Okay. Then the next question is this. What if there is a individual who is receiving a pension and somebody files a motion to terminate the pension because he didn't fit the duty or something like that, and the board decision is 4-4 given that there are eight, ex-wife comes in, says I want to file a civil action in the circuit court of Cook County based on the brief filed by the Attorney General's office that says whenever there's a decision 4-4 that allows pensions to continue, then we have a right to file a civil action. How do we prevent that from happening under this argument that you're presenting to us? Okay. That's the 5-182 argument you're talking about. Is your hypothetical the same if it's a 5-3 vote in favor of getting the pensions? Of course not. Okay. Your point is that it has to be a majority vote, and I'm saying it's 4-4. Let me respond then. By reiterating at the outset that that's not the primary violation that we need to win. Doesn't matter. Let me directly respond, which is to say that it is not that uncommon for people to bring actions that are duplicative of actions other people have brought in other forms, and there are a number of equitable and common law concepts that do limit the ability of people to bring those actions, and they would apply generally. I'm asking you whether you want 115 to allow such an action to be seriously considered by the Circuit Court of Cook County. On its face, 115 does allow beneficiaries and participants to bring civil actions. I asked you the question whether anyone could bring it, and you said yes. I said they can bring it, but I want to point out that it's not the slippery slope, it's not the parade of horribles that people have brought in. Is that an issue here, whether anybody could bring an action? It is not. The Attorney General brought this action. Because it concerns the argument that you're making that a 4-4 decision is a violation under 115. So counsel, under 115, anyone can bring, and the Attorney General can bring, but has not yet brought prior to this an action that is under 115 challenging a violation, any violation, of the pension code, not just 182, but the payments, all of these things. If they can identify a violation, then it could be utilized, and this is something that is not new, is that correct? It is not. 1982 is when this statute came into effect. And my second question is, the legislature knows that these statutes exist in tandem, because the pension board statutes were enacted in 1963, almost 20 years prior, and then having those pension statutes in play, they decided to add on 115 in order to allow for this pension code violations for civil actions to be taken. Am I correct? You are correct. Thank you. I believe your rebuttal time has concluded. But I absolutely agree with you, and I want to point out that Mr. Cougar's argument is essentially you should have sued us more. If you had the authority, you would have sued us more. But this is egregious conduct on the part of the board. The Attorney General isn't sitting in her office looking for reasons to attack the municipal pension boards. But when there is egregious conduct, abdication of responsibility, a complete failure to consider relevant issues, this statute, 1-115, gives her the authority, and I think she feels the responsibility to do something about it. What? Did the Attorney General's office have considered taking the action at the board, not even consider the issue? Yes. If the payments continued, then we would have considered taking the action as well. And so the 4-4 doesn't really take place. But here's the point. To the extent that 1-115 gives the Attorney General any authority, it has to give it authority to preserve funds that are improperly being paid out. Absolutely. And that's a common law authority of the Attorney General's office. And it doesn't, it isn't dependent on the year anything was passed. It's dependent on the language in 1-115. Well, that's true. But also there is the later in time rule. So to the extent there's a conflict between 1-115 and 189, the fact that 1-115 was passed later in time, we have a presumption that the legislature understood the content of the existing statutes and wanted to superimpose a new approach or a new cause of action on top of them. And it should be accepted as its plain language provides. Thank you, Counsel. This matter will be taken under advisement. This Court is adjourned.